UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

IESHA SMALLS,

                Plaintiff,

vs.

                                    Civil Action No.:
                                    1:25-CV-10715-MMG-VF

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------X

## ORDER

        AND, NOW, this ____ day of March, 2026, Plaintiff's motion for an extension of time is

GRANTED.  The new schedule is set as follows:

- Plaintiff will file Plaintiff's brief by May 29, 2026;

- Defendant's brief will be filed on, or before, July 28, 2026;

- Plaintiff's reply, if any, is due August 11, 2026.

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
           **Dated: March 6, 2026**

The extension request is GRANTED and deadlines
proposed herein ADOPTED. The Clerk of the Court is
respectfully directed to close the motion at ECF No. 7.