UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

IESHA SMALLS,

        Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
-----------------------------------------------------------X

Civil Action No.:
1:25-CV-10715-MMG-VF

## PLAINTIFF'S *NUNC PRO TUNC* MOTION FOR AN EXTENSION OF TIME TO FILE PLAINTIFF'S BRIEF

**PLEASE TAKE NOTICE** that upon all the prior proceedings heretofore filed Plaintiff moves this Court, on submission, for an Order granting Plaintiff an extension, *nunc pro tunc*, to file his brief to June 15, 2026.

Plaintiff's brief was due on May 29, 2026. However, due to a calendaring error the filing date was not noticed until today, June 15, 2026. In light of this error, Plaintiff kindly requests an extension, *nunc pro tunc*, to file his brief at timely today.

Dated: June 15, 2026

Respectfully Submitted,

By:  /s/ Louis R. Burko
     Severance, Burko, Spalter, Masone, & Laurette P.C.
     16 Court Street, Suite 2400
     Brooklyn, NY 11241
     (718)-624-2300
     Louis_Burko@sbscomplaw.com

## MEMO ENDORSED

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: June 16, 2026**

Plaintiff's request is GRANTED. Defendant's brief is due **August 14, 2026**, and Plaintiff's reply, if any, is due **August 28, 2026**. The Clerk of Court is respectfully directed to close the motion at ECF No. 9.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IESHA SMALLS,

        Plaintiff,

vs.                                                                           Civil Action No.:
                                                                              1:25-CV-10715-MMG-VF

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
------------------------------------------------------------X

## **ORDER**

    AND, NOW, this ___ day of _____, 2026, Plaintiff's motion is GRANTED.

Plaintiff's brief is timely filed as of June 15, 2026.  Defendant's brief is due August 14, 2026 and

Plaintiff's reply, if any, is due August 28, 2026.

 

_____